| | | |
|---|---|---|
| THOMAS MCKNIGHT<br>4 Burlington Court<br>Berlin, Maryland 21811 | * | IN THE CIRCUIT COURT |
| | * | FOR WORCESTER COUNTY |
| *Plaintiff* | * | STATE OF MARYLAND |
| v. | * | CASE NO. C-23-CV-23-000110 |
| RUSIA MOHIUDDIN<br>1 Sonoma Road<br>Cortlandt Manor, New York 10567 | * | |
| | * | |
| and | * | |
| THOMAS A. TRAMANTANO<br>1 Sonoma Road<br>Cortlandt Manor, New York 10567 | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES Plaintiff, THOMAS MCKNIGHT ("Plaintiff"), by and through his attorneys, Bruce F. Bright, Bradford F. Kirby, and Ayres, Jenkins, Gordy & Almand, P.A., and for her causes of action against Defendant, RUSIA MOHIUDDIN ("Defendant"), states as follows:

1. This matter concerns serious and permanent personal injuries sustained by Plaintiff, as a result of an automobile accident caused by the negligence of Defendant.

2. Plaintiff is a legal adult residing in Berlin, Maryland.

3. Plaintiff is a retired United States Air Force pilot and officer (Lt. Col.), who spent more than twenty (20) years serving in various capacities in the Air Force.

4. Defendant Rusia Mohiuddin ("Mohiuddin") is a legal adult residing in Cortlandt Manor, New York.

5. Defendant Thomas A. Tramantano ("Tramantano") is a legal adult residing in Cortlandt Manor, New York.

1

6. All actions complained of herein occurred in Worcester County, Maryland.

7. On July 25, 2021, at approximately 6:47 p.m., Plaintiff was driving his motorcycle lawfully and properly in the far-right lane on northbound Philadelphia Avenue, approaching the intersection of Philadelphia Avenue and 19th Street in Ocean City (Worcester County), Maryland.

8. At that time, Defendant Mohiuddin was also operating a motor vehicle traveling northbound on Philadelphia Avenue, approximately parallel to Plaintiff in the center lane immediately to the left of the travel lane that Plaintiff was lawfully traveling in on his motorcycle.

9. Upon information and belief, at all relevant times, the motor vehicle that Defendant Mohiuddin was operating was a 2021 Tesla Model Y that was owned by Defendant Tramantano and loaned or otherwise entrusted to Defendant Mohiuddin by Defendant Tramantano.

10. As Plaintiff proceeded towards the intersection of Philadelphia Avenue and 19th Street in the far-right lane, Defendant Mohiuddin unlawfully, improperly and negligently failed to yield the right of way and attempted to turn right onto 19th Street from the center lane, directly across the path of Plaintiff's motorcycle where Plaintiff was lawfully traveling.

11. As a result of Defendant Mohiuddin's negligence and unlawful actions, Defendant's car collided with Plaintiff's motorcycle, causing Plaintiff's body to be thrown from his motorcycle and sustain significant personal injuries.

12. Defendant Mohiuddin failed to operate her vehicle in a safe, prudent, and reasonable manner so as to avoid a collision, failed to yield the right of way, failed to keep a proper lookout, failed to give her full time and attention to the roadway and to the operation of a motor vehicle, made an improper turn, failed to exercise reasonable care necessary to avoid a collision, operated her vehicle in an erratic reckless manner and was otherwise negligent; and such conduct caused a collision with great force between Defendant's vehicle and Plaintiff's motorcycle.

2

13. As a result of Defendant Mohiuddin's negligence as described above, Plaintiff has suffered and will continue to suffer serious and painful bodily injuries, pain and suffering, loss of enjoyment of life, inconvenience, lost wages/income, and medical expenses.

14. At all relevant times, Plaintiff was operating his motorcycle in a safe, prudent and proper manner and was not contributorily negligent in any way.

## COUNT I – NEGLIGENCE
*(Against Defendant Mohiuddin)*

15. The allegations set forth in paragraphs 1 through 14 are re-alleged and incorporated herein, by reference, as if fully re-stated herein, at length.

16. At all relevant times hereto, Defendant Mohiuddin owed duties of care to Plaintiff and others similarly situated to operate her automobile in a reasonably safe and prudent manner, to obey all traffic laws, to yield the right of way, to keep a proper lookout for other vehicles, to give her full time and attention to the roadway and to the safe operation of her vehicle, to refrain from making any illegal, dangerous or improper turns, to refrain from operating her vehicle in an erratic reckless manner and to exercise reasonable care to avoid a collision with other vehicles.

17. Defendant Mohiuddin breached the aforementioned duties of care owing to Plaintiff and others similarly situated, by failing to operate her vehicle in a safe and prudent manner, failing to obey all traffic laws, failing to yield the right of way to Plaintiff, failing to maintain proper lookout for other vehicles, failing to give her full time and attention, by operating her motor vehicle while distracted, by making an illegal, unsafe and dangerous turn across Plaintiff's lane of travel and directly in the path of Plaintiff, by operating her vehicle in an erratic, reckless and unsafe manner, and by failing to exercise reasonable care to avoid causing a collision with other motor vehicles, including Plaintiff's motorcycle.

18. As a direct and proximate result of the aforementioned breaches, and of Defendant Mohiuddin's negligent reckless and/or improper operation of the motor vehicle causing a collision, Plaintiff has suffered and will continue to suffer serious and painful bodily injuries, pain and suffering, loss of enjoyment of life, loss of quality of life, inconvenience, lost wages/income and ongoing medical expenses.

WHEREFORE, Plaintiff demands judgment against Defendant Mohiuddin for compensatory damages in an amount exceeding $75,000.00, plus interest, costs, reasonable attorneys' fees, and for such other and further relief as this Honorable Court deems just and proper.

## COUNT II – NEGLIGENT ENTRUSTMENT
*(Against Defendant Tramantano)*

19. The allegations set forth in paragraphs 1 through 18 are re-alleged and incorporated herein, by reference, as if fully re-stated herein, at length.

20. Defendant Tramantano is the owner of the 2021 Tesla Model Y that Defendant Mohiuddin was operating on July 25, 2021 when the above-described accident occurred.

21. Upon information and belief, at all relevant times, Defendant Tramantano had loaned the vehicle to Defendant Mohiuddin or the vehicle was otherwise being operated with the permission of Defendant Tramantano.

22. Upon information and belief, Defendant Tramantano knew or should have known that Defendant Mohiuddin was likely to use the vehicle in a manner involving significant and undue risk to others, including Plaintiff or other motorists and/or pedestrians.

23. Upon information and belief, Defendant Mohiuddin is an inexperienced driver, had a history of negligent and/or unsafe driving, and was unfamiliar with driving in Ocean City, Maryland, creating an unreasonable risk which Defendant Tramantano knew or should have known of before entrusting Defendant Mohiuddin with the vehicle.

4

24. Defendant Mohiuddin was negligent in her operation of the vehicle owned by Defendant Tramantano in the manner described above, with such negligent and improper operation by Defendant Mohiuddin being reasonably foreseeable and reasonably anticipated by Defendant Tramantano prior to lending his vehicle to Defendant Mohiuddin or otherwise entrusting Defendant Mohiuddin with the vehicle and permitting her use thereof on July 25, 2021.

25. Defendant Mohiuddin's foreseeable negligent and/or reckless operation of the vehicle owned by Defendant Tramantano resulted in a motor vehicle crash involving Plaintiff, who suffered and continues to suffer from significant and substantial bodily injuries, pain and suffering, loss of enjoyment of life, loss of quality of life, inconvenience, lost wages/income and ongoing medical expenses.

26. Defendant Tramantano reasonably knew, understood and/or expected that if Defendant Mohiuddin operated the motor vehicle owned by Defendant Tramantano in a negligent, reckless or unsafe manner, such conduct was reasonably likely to result in significant property damage and/or bodily injury for other motorists, including Plaintiff.

27. The injuries and damages sustained by Plaintiff were reasonably foreseeable and the proximate result of Defendant Mohiuddin's negligent, unsafe and reckless operation of Defendant Tramantano's vehicle.

28. But for Defendant Tramantano lending or otherwise entrusting his motor vehicle to Defendant Mohiuddin, Defendant Mohiuddin would not have been operating the vehicle in a negligent, reckless and unsafe manner at the date and time complained of above so as to enable Defendant Mohiuddin to cause significant bodily injury to Plaintiff.

29. At all times Plaintiff was operating his motorcycle in a safe, prudent and proper manner and was not contributorily negligent in any way.

WHEREFORE, Plaintiff demands judgment against Defendant Tramantano for compensatory damages in an amount exceeding $75,000.00, plus interest, costs, reasonable attorneys' fees, and for such other and further relief as this Honorable Court deems just and proper.

## COUNT III – RESPONDEAT SUPERIOR
*(Against Defendant Tramantano)*

30. The allegations set forth in paragraphs 1 through 29 are re-alleged and incorporated herein, by reference, as if fully re-stated herein, at length.

31. Upon information and belief, at all relevant times Defendant Mohiuddin was acting as an agent on behalf of Defendant Tramantano, who was the principal as it relates to Defendant Mohiuddin.

32. Upon information and belief, at the time of the collision described above, Defendant Mohiuddin was acting on behalf of and at the direction and/or control of Defendant Tramantano in furtherance of Defendant Tramantano's interests while operating the vehicle.

33. Upon information and belief, Defendant Mohiuddin's operation of Defendant Tramantano's vehicle on July 25, 2021 was with the consent and authorization of Defendant Tramantano.

34. Upon information and belief, at all relevant times Defendant Tramantano maintained the right and ability to control Defendant Mohiuddin's operation and use of the vehicle owned by Defendant Tramantano which Defendant Mohiuddin was driving.

35. Upon information and belief, the motor vehicle collision and resulting injuries sustained by Plaintiff was caused by Defendant Mohiuddin while operating the vehicle owned by Defendant Tramantano, with the consent and under the control of Defendant Tramantano, within the scope of Defendant Mohiuddin's agency on behalf of Defendant Tramantano.

6

36. Defendant Tramantano is responsible for all acts committed by his agent, Defendant Mohiuddin, who was operating Defendant Tramantano's vehicle subject to the direction and control of Defendant Tramantano, within the scope of the principal-agent relationship, as well as all damages and injuries sustained by Plaintiff as a result thereof.

WHEREFORE, Plaintiff demands judgment against Defendant Tramantano for compensatory damages in an amount exceeding $75,000.00, plus interest, costs, reasonable attorneys' fees, and for such other and further relief as this Honorable Court deems just and proper.

Date: __May 16, 2023__           AYRES, JENKINS, GORDY & ALMAND, P.A.

By: _/s/ Bruce F. Bright_
Bruce F. Bright  (AIS # 0006120002)
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
410-723-1400
bbright@ajgalaw.com
*Attorneys for Plaintiff*

By: _/s/ Bradford F. Kirby_
Bradford F. Kirby (AIS # 1904050002)
6200 Coastal Highway, Suite 200
Ocean City, Maryland 21842
410-723-1400
bkirby@ajgalaw.com
*Attorneys for Plaintiff*

## CERTIFICATION OF COMPLIANCE

I HEREBY CERTIFY that the attached submission does not contain any restricted information, or if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Rule 20-201(h)(2).

_/s/ Bruce F. Bright_
Bruce F. Bright

E-FILED; Worcester Circuit Court
Docket: 5/16/2023 2:32 PM; Submission: 5/16/2023 2:32 PM
Envelope: 12769776

| | | |
|---|---|---|
| THOMAS MCKNIGHT<br>4 Burlington Court<br>Berlin, Maryland 21811 | * | IN THE CIRCUIT COURT |
| | * | FOR WORCESTER COUNTY |
| *Plaintiff* | * | STATE OF MARYLAND |
| | | C-23-CV-23-000110 |
| v. | * | CASE NO._____ |
| RUSIA MOHIUDDIN<br>1 Sonoma Road<br>Cortlandt Manor, New York 10567 | * | |
| | * | |
| and | * | |
| THOMAS A. TRAMANTANO<br>1 Sonoma Road<br>Cortlandt Manor, New York 10567 | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury as to all issues and claims in this case that are triable as of right by jury.

Date: __May 16, 2023__          AYRES, JENKINS, GORDY & ALMAND, P.A.

By:   */s/ Bruce F. Bright*
      Bruce F. Bright  (AIS # 0006120002)
      6200 Coastal Highway, Suite 200
      Ocean City, Maryland 21842
      410-723-1400
      bbright@ajgalaw.com
      *Attorneys for Plaintiff*

By:   */s/ Bradford F. Kirby*
      Bradford F. Kirby (AIS # 1904050002)
      6200 Coastal Highway, Suite 200
      Ocean City, Maryland 21842
      410-723-1400
      bkirby@ajgalaw.com
      *Attorneys for Plaintiff*

1

## CERTIFICATION OF COMPLIANCE

I HEREBY CERTIFY that the attached submission does not contain any restricted information, or if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Rule 20-201(h)(2).

/s/ Bruce F. Bright
Bruce F. Bright